

# UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF MICHIGAN

231 WEST LAFAYETTE BLVD. – ROOM 802

DETROIT, MICHIGAN 48226

CHAMBERS OF
**DAVID M. LAWSON**
UNITED STATES DISTRICT JUDGE

(313) 234-2660

████████

September 14, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle
Washington, D.C. 20544

*Via Fax and Post*



Attn: Mr. George D. Reynolds

> *Re:    Calendar Year 2006 Filing*

Dear Mr. Reynolds:

I apologize for my tardy response to Judge Smith's letter of last August, and I request leave to submit my response *instanter*.

As for the items in his letter, the statement in Part III A, line 4, contained a typographical error. The income reported from Thomas M. Cooley Law School for teaching should have read "5, 8/2006", not 2005.

The investment company sponsoring the mutual funds listed in Part VII, page 5, lines 9-11, 15, and 16 is American Funds for the sub-funds listed in each of those lines.

I hope this information is sufficient to complete my report for 2006. If not, please contact me by phone, letter, or e-mail and I will respond promptly.

Sincerely,



David M. Lawson

DML/skp

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M | U.S. District Court, E.D. Mich | 05/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2006 <br> to <br> 12/31/2006 |

5b. ☐ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. Lafayette Blvd. Rm. 802 <br> Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Vice-president | Oakland County Bar Association |
| 2. Custodian | Custodian account #3 |
| 3. Director | High Sierra, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL 2007 MAY 21 A 10: 2 RECEIVED OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/2006 | S.E.A.K., Inc. (Seminar taught) | $ 1500.00 |
| 2. 6/2006 | Rutter Group (seminar taught) | $ 500.00 |
| 3. 8/2006 | S.E.A.K., Inc. (seminar taught) | $ 2000.00 |
| 4. 5, 8/2005 | Thomas M. Cooley Law School (Teaching) | $ 20000.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-8/2006 | State of Michigan (wages) |
| 2. 8-12/2006 | Ford Motor Company (wages) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | S.E.A.K., Inc. | Hyannis, Massachusetts, June 20-21, 2006 Medical Witness Seminar (Travel, Lodging, Food) |
| 2. | The Rutter Group | Detroit, Michigan, June, 2006 (Mileage) |
| 3. | S.E.A.K., Inc. | Falmouth, Massachusetts, August 15-19, 2006 Expert Witness Seminar (Travel, Lodging, Food) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Emmet Denha | Weekend stay at his house in Florida | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Detroit Edison Common Stock | A | Dividend | K | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CGM Advisor Targeted Eq (f/k/a CDC Nvest Class A) | A | Dividend | K | T | | | | | |
| 5. IXIS Value Fund A (f/k/a CDC Nvest Star Fund A) | B | Dividend | J | T | Partial sale | 8/28 | J | A | |
| 6. Harris Assoc Large Cap | A | Dividend | J | T | Partial sale | 8/28 | J | A | |
| 7. CNL Income Fund XIV Ltd.* | A | Dividend | J | T | | | | | |
| 8. Wells Real Estate Investment Fund VI* | A | Dividend | J | T | | | | | |
| 9. Bond Fund of America* | A | Dividend | J | T | | | | | |
| 10. New Economy Fund* | A | Dividend | J | T | | | | | |
| 11. New Perspective Fund* | A | Dividend | J | T | | | | | |
| 12. ISI Total Return Treasury Fund (DC) (Custodian) | C | Dividend | J | T | | | | | |
| 13. NCR Corp common stock | | None | J | T | | | | | |
| 14. High Sierra, Inc. | | None | K | T | | | | | |
| 15. Growth Fund of America | A | Dividend | J | T | | | | | |
| 16. Growth Fund of America (Custodian) | B | Dividend | J | T | | | | | |
| 17. Courtland General Money Market Fund* | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A S1,000 or less | B S1,001 - S2,500 | C S2,501 - S5,000 | D S5,001 - S15,000 | E S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F S50,001 - S100,000 | G S100,001 - S1,000,000 | H1 S1,000,001 - S5,000,000 | H2 More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J S15,000 or less | K S15,001 - S50,000 | L S50,001 - S100,000 | M S100,001 - S250,000 | |
| | N S250,001 - S500,000 | O S500,001 - S1,000,000 | P1 S1,000,001 - S5,000,000 | P2 S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 S25,000,001 - S50,000,000 | R Cost (Real Estate Only) | P4 More than S50,000,000 | T Cash Market | |
| | Q Appraisal | V Other | S Assessment | | |
| | U Book Value | | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Short Term U.S. Govt. Cl. B. fund* | B | Interest | J | T | | | | | |
| 19. SSgA Yield Enhanced STIF | A | Interest | J | T | | | | | |
| 20. Goldman Sachs Select Equity Fund* | A | Dividend | K | T | | | | | |
| 21. Oppenheimer Total Return Fund* | A | Dividend | K | T | | | | | |
| 22. Oppenheimer Equity Fund Class A* | A | Dividend | J | T | Buy | 12/20 | J | | |
| 23. Davis N Y Venture Fund* | A | Dividend | K | T | Partial sale | 12/20 | J | A | |
| 24. Eaton Vance Growth & Income Fund (Large Cap)* | A | Dividend | K | T | Partial sale | 12/20 | J | A | |
| 25. Touchstone Large Cap Growth Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 26. Evergreen Specail Values Fund* | A | Dividend | K | T | Addition buy | 12/20 | K | | |
| 27. Seligman Small Cap Value Fund* | A | Dividend | K | T | Sold | 12/12 | K | A | |
| 28. Value Line Emerging Opportunities Fund* | A | Dividend | K | T | | | | | |
| 29. Neuberger Berman Int'l Equity Fund* | A | Dividend | K | T | Partial sale | 12/20 | J | | |
| 30. Templeton Foreign Fund* | A | Dividend | K | T | Addition buy | 12/20 | K | | |
| 31. Delaware Emerging Markets Fund* | A | Dividend | J | T | | | | | |
| 32. Eaton Vance Emerging Markets Fund* | A | Dividend | J | T | | | | | |
| 33. Charter One Bank | A | Interest | L | T | | | | | |
| 34. Phoenix Insight Small Cap Opportunity | A | Dividend | K | T | Buy | 12/20 | J | | |

| 1. Income Gain Codes: | A  $1,000 or less | B  $1,001 - $2,500 | C  $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2. Value Codes | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C1 and D3) | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1  $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3  $25,000,001 - $50,000,000 | R  Cost (Real Estate Only) | P4  More than $50,000,000 | | |
| (See Column C2) | Q  Appraisal | V  Other | S  Assessment | T  Cash Market | |
| | U  Book Value | | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fund | | | | | | | | | |
| 35. Northern Small Cap Value Fund | A | Dividend | K | T | Buy | 12/20 | K | | |
| 36. IXIS AEW Real Estate Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 37. IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 - $1,000,001 - $5,000,000 | D - $5,001 - $15,000 H2 –More than $5,000,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N $250,001 - $500,000 | K $15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 $1,000,001 - $5,000,000 | M - $100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 $25,000,001 - $50,000,000 Q –Appraisal U Book Value | R - Cost (Real Estate Only) V - Other | P4 More than $50,000,000 S Assessment W Estimated | T –Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter ▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig                                                              Date _May 13, 2007_

NOT                                               ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544